# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 23, 2026

Clerk
United States Court of Appeals for the
Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 2 7 2026

FILED
DOCKETED

Re: Azadeh Khatibi, et al.
v. Kristina D. Lawson, President of the Medical Board of
California, et al.
Application No. 25A1032
(Your No. 24-3108)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on March 23, 2026, extended the time to and including April 29, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by Katie Heidrick
Katie Heidrick
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Joshua Paul Thompson
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA  95814


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526