# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 1, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Azadeh Khatibi, et al.
v. Kristina D. Lawson, President of the Medical Board of California, et al.
No. 25-1240
(Your No. 24-3108)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 28, 2026 and placed on the docket May 1, 2026 as No. 25-1240.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst