# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 16, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Azadeh Khatibi, et al.
v. Felix C. Yip, President of the Medical Board of California, et al.
No. 25-1240
(Your No. 24-3108)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Gorsuch would grant the petition for a writ of certiorari. Justice Thomas, with whom Justice Alito joins, dissenting from the denial of certiorari.

Sincerely,



**Scott S. Harris**, Clerk